# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

JOHN D. LAWSON,

    Plaintiff,

v.

KLONDEX MINES LTD., RODNEY COOPER, MARK DANIEL, JAMIE HAGGARTY, RICHARD J. HALL, PAUL ANDRE HUET, WILLIAM MATLACK, CHARLES OLIVER, and BLAIR SCHULTZ,

    Defendants.

Case 3:18-cv-00284-LRH-CBC

**STIPULATION AND ORDER REGARDING THE AMENDED PLEADING AND BRIEFING SCHEDULE**

**WHEREAS**, on December 18, 2018, the Court granted plaintiff John D. Lawson's ("Lawson") motion to consolidate, be appointed lead plaintiff, and appoint lead and liaison counsel;

**WHEREAS**, on January 22, 2019, counsel for defendants have waived service of process pursuant to Fed. R. Civ. P. 4;

**WHEREAS**, the parties have met and conferred on a proposed schedule for the briefing of this action; and,

**WHEREAS**, this is the first request for an extension of time by any party.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for each of the parties hereto as follows:

(1)     Plaintiff's amended verified class action complaint will be filed on February 4, 2019;

(2) The Defendants' opening brief in support of their motion to dismiss will be filed on March 21, 2019;

(3) Plaintiff's response brief in opposition to Defendants' motion will be filed on April 22, 2019;

(4) The Defendants' reply brief in further support of their motion will be filed on May 13, 2019; and

(5) The parties shall contact the Court to schedule a hearing on the Defendants' motion to dismiss.

Dated: January 23, 2019

 /s/ John P. Aldrich
John P. Aldrich, Esq. (SBN 6877)
Catherine Hernandez, Esq. (SBN 8410)
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel: (702) 853-5490
Fax: (702) 227-1975
jaldrich@johnaldrichlawfirm.com
chernandez@johnaldrichlawfirm.com

Elizabeth K. Tripodi, Esq.
*Admitted pro hac vice*
**LEVI & KORSINSKY, LLP**
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
etripodi@zlk.com

*Attorneys for Plaintiff John D. Lawson*

Dated: January 23, 2019

 /s/ John D. Tennert
John D. Tennert, Esq. (SBN 11728)
**FENNEMORE CRAIG, P.C.**
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: (775) 788-2212
Fax: (775)788-2213
jtennert@fclaw.com

Thomas P. Swigert, Esq.
*Admitted pro hac vice*
Kathryn A. Johnson, Esq.
*Admitted pro hac vice*
**DORSEY & WHITNEY LLP**
50 S. 6th St., Suite 1500
Minneapolis, MN 55402-1498
Tel: (612) 492-5677
Swigert.tom@dorsey.com
Johnson.kate@dorsey.com

*Attorneys for Defendants Klondex Mines, Ltd., Richard J. Hall, Paul Andre Huet, William Matlack, Charles Oliver, Blair Schultz, Rodney Cooper, Mark Daniel and James Haggarty*

## **ORDER**

IT IS SO ORDERED this 25th day of January, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE