## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

JOHN D. LAWSON, On Behalf of Himself
and All Others Similarly Situated,

    Plaintiff,

     v.

KLONDEX MINES LTD., RODNEY
COOPER, MARK DANIEL, JAMIE
HAGGARTY, RICHARD J. HALL, PAUL
ANDRE HUET, WILLIAM MATLACK,
CHARLES OLIVER, and BLAIR SHULTZ,

    Defendants.

Case No. 3:18-CV-00284-LRH-CBC

**MOTION AND PROPOSED
ORDER TO WITHDRAW**

    Plaintiff Nelson Baker respectfully moves this Court for an order permitting Christopher R. Tillotson ("Mr. Tillotson") of Kahn Swick & Foti, LLC, to withdraw as attorney for Plaintiff Nelson Baker ("Mr. Baker"), in the above-captioned matter, pursuant to Local Rule IA 11-6, S.C.R. 46, and N.R.P.C. 1.16 (b)(1) and (7).

    This Motion is made and based upon the Memorandum of Points and Authorities submitted herein, the Declaration of Christopher R. Tillotson attached hereto, the pleadings and papers on file herein, and any argument adduced at a hearing of this Motion to Withdraw.

Dated: February 14, 2019

Respectfully submitted,

**MUCKLEROY LUNT, LLC**

*/s/ Martin A. Muckleroy*

Martin A. Muckleroy
Nevada Bar No. 9634
6077 S. Fort Apache Rd., Ste. 140
Las Vegas, NV 89148
Tel.: (702) 907-0097
E-mail: martin@muckleroylunt.com

*Attorneys for Plaintiff Nelson Baker*

## MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Baker moves the Court pursuant to Local Rule IA 11-6 for leave to withdraw Christopher R. Tillotson in the above-captioned matter.

Local Rule IA 11-6 (e) provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." On December 18, 2018, this Court granted Plaintiff John D. Lawson's Motion for Consolidation, Appointment as Lead Plaintiff, and Appointment of His Counsel as Class Counsel and denied Mr. Baker's Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. (ECF. No. 23). Accordingly, no delay of any kind will result from this withdrawal as the lead plaintiff in this matter, John D. Lawson, will continue to be represented by his appointed counsel. What is more, attorneys Martin Muckleroy of Muckleroy Lunt, LLC, Michael J. Palestina of Kahn Swick & Foti, LLC (admitted *pro hac vice*), and Juan Monteverde of Monteverde & Associates PC (admitted *pro hac vice*) will remain attorneys of record on behalf of Mr. Baker. Finally, pursuant to Local Rule IA 11-6 (b), Mr. Baker was notified of Mr. Tillotson's intent to withdraw from this case on February 13, 2019, and opposing counsel in this case will receive notice of this Motion via the CM/ECF system, pursuant to the Certificate of Service attached herein.

## CONCLUSION

For the reasons set forth above, Mr. Baker respectfully moves this Court to enter an Order approving the withdrawal of Mr. Tillotson.

Dated: February 14, 2019

Respectfully submitted,

**MUCKLEROY LUNT, LLC**

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: 2/15/2019

*/s/  Martin A. Muckleroy*

Martin A. Muckleroy
Nevada Bar No. 9634

6077 S. Fort Apache Rd., Ste. 140
Las Vegas, NV 89148
Tel.: (702) 907-0097
E-mail: martin@muckleroylunt.com

*Attorneys for Plaintiff Nelson Baker*

IT IS SO ORDERED:


UNITED STATES DISTRICT JUDGE

DATED:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN D. LAWSON, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>KLONDEX MINES LTD., RODNEY COOPER, MARK DANIEL, JAMIE HAGGARTY, RICHARD J. HALL, PAUL ANDRE HUET, WILLIAM MATLACK, CHARLES OLIVER, and BLAIR SHULTZ,<br><br>Defendants. | Case No. 3:18-CV-00284-LRH-CBC<br><br>**DECLARATION OF CHRISTOPHER R. TILLOTSON IN SUPPORT OF MOTION TO WITHDRAW** |

I, Christopher R. Tillotson, declare under penalty of perjury, that the following is true and correct:

1.    I am an attorney-at-law admitted to practice in all courts in the State of Louisiana and the State of New York. I have personal knowledge of the acts set forth below and I believe them to be true. I am over eighteen years old and I am competent to testify to the matters set forth herein.

2.    I make this declaration in support of within Motion to Withdraw in the above-captioned matter pursuant to LR IA 11-6.

3.    On December 18, 2018, this Court entered an Order granting Plaintiff John D. Lawson's Motion for Consolidation, Appointment as Lead Plaintiff, and Appointment of His Counsel as Class Counsel, and denying Nelson Baker's Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. (ECF No. 23).

4.    Lead Plaintiff John D. Lawson will continue to be represented by his appointed

counsel and Martin Muckleroy of Muckleroy Lunt, LLC, Michael J. Palestina of Kahn Swick &

Foti, LLC (admitted *pro hac vice*), and Juan Monteverde of Monteverde & Associates PC

(admitted *pro hac vice*) will remain attorneys of record on behalf of Mr. Baker.

      5.     This Motion is brought in good faith and not for purposes of any delay.

      6.     Mr. Baker was given notice of my intent to withdraw on February 13, 2019.

      7.     The last known address and telephone number for Mr. Baker is:

5701 Whirlaway Road
Palm Beach Gardens, Florida 33418
(561) 722-4956

Dated: February 13, 2019               Respectfully submitted,

                                              */s/ Christopher R. Tillotson*____

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 14th day of February, 2019, I caused the **MOTION AND PROPOSED ORDER TO WITHDRAW** and the **DECLARATION OF CHRISTOPHER R. TILLOTSON IN SUPPORT OF MOTION TO WITHDRAW** to be served by the Court's CM/ECF system.

Dated: February 14, 2019                    Respectfully submitted,

                                            **MUCKLEROY LUNT, LLC**

                                            */s/  Martin A. Muckleroy*

                                            Martin A. Muckleroy
                                            Nevada Bar No. 9634
                                            6077 S. Fort Apache Rd., Ste. 140
                                            Las Vegas, NV 89148
                                            Tel.: (702) 907-0097
                                            E-mail: martin@muckleroylunt.com
                                            *Attorneys for Plaintiff Nelson Baker*