THOMAS P. SWIGERT (MN BN 0266309)
(admitted pro hac vice)
KATHRYN A. JOHNSON (MN BN 0390539)
(admitted pro hac vice)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600 / Fax: (612) 340-2868
Email: swigert.tom@dorsey.com; johnson.kate@dorsey.com

JOHN D. TENNERT III (SBN 11728)
FENNEMORE CRAIG P.C
300 E 2nd Street, Suite 1510
Reno, NV 89501
Tel: 775-788-2212   Fax: 775-788-2213
Email: jtennert@fclaw.com
*Attorneys for Defendants Klondex Mines Ltd.,
Richard J. Hall, Pall Huet, William Matlack,
Charles Oliver, Blair Schultz, Rodney Cooper,
Mark Daniel, and James Haggarty.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN D. LAWSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KLONDEX MINES LTD., et al.,<br><br>Defendants. | Case No. 3:18-CV-00284<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE** |

**WHEREAS,** discovery in this action is automatically stayed pursuant to the Private Securities Litigation Reform Act of 1995 (PSLRA) pending the Court's decision on Defendants' Motion to Dismiss which was filed on March 21, 2019, [Doc. No. 34];

**WHEREAS,** the Court has entered a briefing schedule on Defendants' Motion to Dismiss whereby Plaintiffs' response is due by April 22, 2019, and Defendants reply is due by May 13, 2019 [Doc No. 31];

1

14763426.1/048386.0001

1. WHEREAS, the Court has scheduled a Case Management Conference under Fed. R. Civ. P. 16 and Local Rule 16-2 for April 16, 2019, and has set the time for filing the Parties' joint Case Management Report as 14 days prior;

WHEREAS, the Parties agree that the Case Management Conference required by Fed. R. Civ. P. 16 and Local Rule 16-2 would be premature before a decision on the Motion to Dismiss given the automatic stay of discovery under the PSLRA.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for each of the parties hereto as follows:

1) The Case Management Conference shall be held, if required, no earlier than 28 days following the Court's decision on the Defendants' Motion to Dismiss;

///
///
///
///
///
///
///
///

14763426.1/048386.0001

2) The Parties' joint Case Management Report shall be filed with the Court, if required, no later than 14 days prior to the Case Management Conference.

Dated: April 2, 2019

By:  /s/ Elizabeth K. Tripodi
Elizabeth K. Tripodi
*Admitted Pro Hac Vice*
**LEVI & KORSINSKY, LLP**
1101 30th Street NW, Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
etripodi@zlk.com

**ALDRICH LAW FIRM, LTD.**
John P. Aldrich (SBN 6877)
Catherine Hernandez (SBN 8410)
7866 West Sahara Ave.
Las Vegas, NV 89117
Telephone: (702) 853-5490
Fax: (702) 227-1975
jaldrich@johnaldrichlawfirm.com
chernandez@johnaldrichlawfirm.com

*Attorneys for Plaintiff John D. Lawson*

By:  /s/ John D. Tennert
John D. Tennert, Esq. (SBN 11728)
**FENNEMORE CRAIG, P.C.**
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2212
Fax: 775-788-2213
jtennert@fclaw.com

**DORSEY & WHITNEY LLP**
Thomas P. Swigert, Esq.
*Admitted pro hac vice*
Kathryn A. Johnson, Esq.
*Admitted pro hac vice*
50 S. 6th St., Suite 1500
Minneapolis, MN 55402-1498
Tel: 612-492-5677
Swigert.tom@dorsey.com
Johnson.kate@dorsey.com

*Attorneys for Defendants Klondex Mines, Ltd., Richard J. Hall, Paul Andre Huet, William Matlack, Charles Oliver, Blair Schultz, Rodney Cooper, Mark Daniel and James Haggarty*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 4/5/2019

14763426.1/048386.0001