____ FILED      ____ RECEIVED
____ ENTERED    ____ SERVED ON
                COUNSEL/PARTIES OF RECORD

APR 1 2 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# IN THE UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| Lawson, | Case Number : 3:18-cv-00284-LRH |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING *EX PARTE* MOTION TO REMOVE ATTORNEY ASSOCIATION FROM CASE DOCKET** |
| Klondex Mines, Ltd. et al., | |
| Defendant. | |

UPON THE *EX PARTE* MOTION of Katherine Johnson to have her name removed from any association with the above-captioned case, cause and good grounds appearing for the requested relief, the Court hereby Orders that the Clerk of the Court remove Katherine Johnson, counsel for the Federal Trade Commission, 600 Pennsylvania Ave., NW, CC-9528, Washington, DC 20580, as an attorney associated with the above-captioned case.

IT IS SO ORDERED

_____
Honorable Magistrate Judge Carla Baldwin Carry

DATED: 4/12/2019